UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 12-3572

James Joyce

Appellant

v.

Armstrong Teasdale, LLP

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:08-cv-01390-CEJ)
_____

**MANDATE**

In accordance with the judgment of 01/07/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 07, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit